**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 06-0384 LJO |
| Plaintiff, | **ORDER TO RESPOND TO DEFENDANT'S MOTION TO REDUCE SENTENCE** |
| vs. | (Doc. 22.) |
| ALFREDO RUIZ, | |
| Defendant. | |

This Court ORDERS the United States of America, no later than December 3, 2008, to respond to defendant Alfredo Ruiz' motion to reduce sentence (doc. 22).

IT IS SO ORDERED.

**Dated:   November 18, 2008**          /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

1