**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 06-0384 LJO |
| Plaintiff, | **ORDER ON DEFENDANT'S MOTION TO REDUCE SENTENCE** |
| vs. | (Doc. 22.) |
| ALFREDO RUIZ, | |
| Defendant. | |

Pursuant to a March 23, 2007 plea agreement, defendant Alfredo Ruiz ("defendant") pled guilty to a count of being a deported alien found in the United States in violation of 8 U.S.C. § 1326. By a May 8, 2007 judgment, defendant was sentenced to 51 months imprisonment.

Defendant's plea agreement provides:

> The defendant agrees not to move for a downward departure or any reduction of his sentence beyond that agreed to by the government under the terms of this written plea agreement. The defendant understands and agrees that this agreement by him includes, but is not limited to, not moving for a downward departure of his offense level, criminal history category, or criminal history category, or criminal history points as described by the United States Sentencing Guidelines.

Pursuant to the plea agreement, defendant further waived all rights to attack his plea.

On November 14, 2008, defendant filed an 18 U.S.C. § 3582 motion to reduce his sentence on grounds that "doing otherwise would be discriminative" due to defendant's "Immigration status."

The United States of America ("Government") opposes a sentence reduction and notes that

1  defendant "received a four level reduction for early disposition under his plea agreement."  The
2  Government challenges defendant's grounds that he accepted deportation to support a sentence
3  reduction.  *See United States v. Clase-Espinal*, 115 F.3d 1054, 1057 (1st Cir. 1997) (stipulation and
4  waiver relating to alienage and deportability "is insufficient, as a matter of law, to warrant a downward
5  departure"); *United States v. Flores-Uribe*, 106 F.3d 1485, 1488 (9th Cir. 1997) (defendant's "Stipulation
6  to Deport" had "no practical or legal effect" and court "had no basis" for departure).

7      Defendant fails to substantiate grounds to reduce his sentence, especially given his agreement
8  not to seek a sentence reduction.  Defendant fails to justify a sentence reduction based on his
9  immigration status, deportability or purported resulting discrimination.  Defendant demonstrates nothing
10 to support a sentence reduction, to which as a matter of law, he is not entitled.

11     For the reasons discussed above, this Court DENIES defendant's motion for a sentence
12 reduction.

13     IT IS SO ORDERED.

14 **Dated:   December 4, 2008**                         /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE